

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Sammy Evans, Appellant

No. 06-22-00166-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29843). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the count-three judgment to show that the statute of offense is Section 43.26(d) of the Texas Penal Code and, as modified, we affirm the trial court's count-three judgment. We affirm the trial court's remaining twenty-nine judgments outright.

We note that the appellant, Sammy Evans, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 15, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk